## STATE LIBRARY *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

## CITY OF NORWICH ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The petition by the plaintiffs city of Norwich, Richard Abele and James McGeowan for certification for appeal from the Appellate Court, 41 Conn. App. 641 (AC 14415/14416), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly conclude that the plaintiffs failed to prove their aggrievement?"

The Supreme Court docket number is SC 15523.

*Marc S. Mandell*, in support of the petition.

*James C. McGuire*, in opposition.

Decided September 18, 1996

"In the circumstances of this case, did the Appellate Court properly conclude that the plaintiffs failed to prove their aggrievement?"